**FILED**
January 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: klw
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**UNITED STATES OF AMERICA**
**Plaintiff**

**V**

**NOE RAMIREZ-MENDOZA**
**aka Noe Augusto Bernabe-Garcia aka Noe Ramirez Mendoza aka Noe Ramirez aka Noe Mendoza Ramirez aka Noe Ramirezmendoza**
**Defendant**

**INDICTMENT**

**[Ct. 1: 8 U.S.C. § 1326 – Illegal Reentry]**

1:25-cr-32 (1) RP

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Illegal Reentry**
**[8 U.S.C. § 1326]**

On or about October 27, 2023, in the Western District of Texas, Defendant,

**NOE RAMIREZ-MENDOZA**
**aka Noe Augusto Bernabe-Garcia aka Noe Ramirez Mendoza aka Noe Ramirez aka Noe Mendoza Ramirez aka Noe Ramirezmendoza**

an alien, was found in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about June 10, 2016, and Defendant had not obtained consent to reapply for admission from the Attorney General of the United States or his successor, the Secretary of Homeland Security.

In violation of 8 U.S.C. § 1326.

A TRUE BILL

SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

JAIME ESPARZA
UNITED STATES ATTORNEY

By: Michelle E. Fernald
MICHELLE FERNALD
ASSISTANT UNITED STATES ATTORNEY